FILED
October 03, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| HELENA SCHWARTZ,<br><br>Plaintiff,<br><br>v.<br><br>FRANK J. BISIGNANO, Commissioner of the Social Security Administration,<br><br>Defendant. | §<br>§<br>§<br>§<br>§  NO. SA-24-CV-742-OLG<br>§<br>§<br>§<br>§<br>§ |

## ORDER

The Court has considered United States Magistrate Judge Richard B. Farrer's Report and Recommendation (the "Report") (Dkt. No. 19), filed on August 29, 2025, wherein Judge Farrer recommends that the decision of the Commissioner of the Social Security Administration, Frank Bisignano, be affirmed. No party filed objections to the Report.

When no party objects to a magistrate judge's recommendation, the Court need not conduct a de novo review of the entire record. *See* U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendation to which objection is made."); FED. R. CIV. P. 72(b). Rather, the Court need only review the magistrate judge's recommendation to determine whether it is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court has reviewed the Report and is of the opinion that it is correct. Accordingly, the Report (Dkt. No. 19) is **ACCEPTED** and, for the reasons set forth therein, the Commissioner's decision is **AFFIRMED**.

All pending motions are **DENIED AS MOOT**.

This case is **CLOSED**.

IT IS SO ORDERED.

SIGNED this 3 day of October, 2025.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE